THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPHINE B. STAPLETON, Relator, v. WILLIAM T. McCAW, as City Manager of the City of Newburgh, and Another, Respondents.— Determination of the city manager of the city of Newburgh annulled and relator reinstated, with fifty dollars costs and disbursements. We deem the evidence insufficient to justify her removal. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Seeger, J., dissents.

MARGARET E. RANKEN, as Executrix, etc., of HENRY B. RANKEN, Deceased, and DORWIN & COMPANY, INC., Respondents, v. MARX E. HARBY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

JOHN W. RICHARDSON, Respondent, v. COURTSITE CORPORATION, Appellant, and WILLIAM G. KLEIN and Others, Defendants.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

HENRY WILKINSON and MAXWELL HYDE, Doing Business under the Firm Name and Style of WILKINSON & HYDE, Respondents, v. LOWERY APARTMENTS, INC., and Others, Defendants, and INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.— Order as resettled, in so far as it denies motion of Indemnity Insurance Company of North America to intervene, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell and Scudder, JJ., concur; Hagarty and Seeger, JJ., dissent.

ACME STEEL COMPANY OF NEW YORK, INC., Respondent, v. EPHRAIM SIFF, Appellant.— Application denied, with ten dollars costs.

BUILD-MORE FOUNDATION CORPORATION, Respondent, v. GLENARK BUILDING CORPORATION and Others, Defendants. GABRIEL A. GLANTZ, Appellant.— Application denied, with ten dollars costs.

In the Matter of the Application of WILLIAM F. YOUNG for Admission to the Bar. (From the State of Pennsylvania.) — Application granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

HOBART S. BIRD, Respondent, v. ELIAS MAYER and Others, Appellants.— In view of the decision of the main appeal (post, p. ——), decided herewith, the motion for a stay is dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

FARRAGUT GARAGE SERVICE, INC., Respondent, v. MITCHELL POLLOCK, Tenant. BEN GOLDBERG and Others, Appellants.— Motion to increase security denied. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Strike from the Roll of Attorneys the Name of SAMUEL KORN, an Attorney.— Motion granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

CHARLES KALB, Appellant, v. BOCKAL DEVELOPMENT CO., INC., and Others, Defendants. STANDARD ICE CO., INC., Respondent.— Motion to dismiss appeal denied, without costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.